**Dismissed and Opinion Filed October 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01320-CV
### No. 05-14-01321-CV
### No. 05-14-01322-CV

### IN RE KEPHREN THOMAS, Relator

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F1450677, F1450678, F1450679**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice FitzGerald, and Justice Francis
Opinion by Justice FitzGerald

Relator filed this petition for pre-trial writ of habeas corpus contending that excessive bail has been set in his case, that his bail should be reduced or he should be released on personal recognizance bond because the state is not yet ready for trial, and that he is a victim of selective enforcement of the law and selective prosecution. The intermediate courts of appeals have no original jurisdiction over petitions for habeas corpus relief in connection with criminal proceedings.[1] Only the court of criminal appeals, and the district and county court have original jurisdiction over petitions for writs of habeas corpus in criminal proceedings.[2]

---

[1] TEX. GOV'T CODE ANN. § 22.221(d) (West 2005) (limiting habeas corpus jurisdiction of intermediate courts of appeals to civil matters).

[2] TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2004) (granting original jurisdiction in cases seeking writs of habeas corpus in criminal cases to the court of criminal appeals, districts courts, and county courts).

Because we lack jurisdiction, we **DISMISS** the petition.

141320F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE